UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Anrico Marquise Webb**                                    **Docket No. 2:10-CR-41-3H**

**Petition for Action on Supervised Release**

COMES NOW Tuell Waters, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Anrico Marquise Webb, who, upon an earlier plea of guilty to Conspiracy to Engage in Unlicensed Firearms Dealing, in violation of 18 U.S.C. § 371, and Distribution of a Quantity of Oxycodone Within 1,000 Feet of a School or Playground, in violation of 21 U.S.C. §§ 841(a)(1) and 860, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on September 7, 2011, to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 6 years.

Anrico Marquise Webb was released from custody on January 17, 2012, at which time the term of supervised release commenced in the Western District of North Carolina (WDNC). On August 7, 2022, jurisdiction was transferred to the WDNC. On November 28, 2018, the term of supervised release was revoked in the WDNC, and the defendant was sentenced to 18 months custody followed by an 18-month term of supervised release. Webb was released from custody on October 28, 2019, at which time the term of supervised release commenced in the Eastern District of North Carolina (EDNC) and jurisdiction was subsequently transferred back to this district.

On September 11, 2020, a Violation Report was submitted informing the court the defendant was charged with Assault on a Female. The probation officer recommended, and the court agreed, to take no action pending disposition in state court. On January 19, 2021, the charge was voluntarily dismissed in Pitt County District Court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 14, 2021, the defendant tested positive on an instant test for marijuana use. Webb admitted in writing that he smoked marijuana on December 23, 2020. The defendant accepted responsibility for his actions and maintained his drug use was an isolated incident. The matter was addressed by the undersigned probation officer with the use of Cognitive Behavior Intervention. Webb readily agreed to participate in substance treatment and to comply with a 60-day curfew. Therefore, it is respectfully recommended that the conditions of supervised release be modified to include a curfew. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours.

Except as herein modified, the judgment shall remain in full force and effect.

**Anrico Marquise Webb**
**Docket No. 2:10-CR-41-3H**
**Petition For Action**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Tuell Waters
Tuell Waters
Senior U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2344
Executed On: January 22, 2021

## ORDER OF THE COURT

Considered and ordered this ___25th___ day of ___January___, 2021, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge